IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| DON ROLLAND DONFRAY,<br><br>                Plaintiff,<br><br>v.<br><br>NATIONAL ACTION FINANCIAL SERVICES, INC., a Georgia corporation,<br><br>                Defendant. | Case No.  C06-05166-JW-RS<br><br>**ENTRY OF JUDGMENT** |

THIS MATTER comes before the Court on the Plaintiff's Application for Entry of Judgment.

WHEREUPON it appearing that the Defendant has offered to allow a judgment in favor of the Plaintiff to be entered against it in the amount of $2,002.00.  In addition, the Defendant has offered to allow a judgment for the Plaintiff's reasonable costs and reasonable attorney fees incurred in this litigation to be entered against it in an amount to be determined by the Court.

WHEREUPON it appearing that the Plaintiff has accepted the Defendant's <u>Offer to Allow Judgment to be Taken</u>.

WHEREUPON, the Court, having considered Defendant's <u>Offer to Allow Judgment to be Taken</u> pursuant to Fed. R. Civ. P. 68, Plaintiff's acceptance of that Offer of Judgment, the Court file, and being otherwise duly advised in the premises, finds that Judgment should be, and hereby is, GRANTED in favor of the Plaintiff in this matter.

IT IS THEREFORE BY THE COURT ORDERED, ADJUDGED AND DECREED that the Plaintiff have and recover judgment against the Defendant, NATIONAL ACTION FINANCIAL

1  SERVICES, INC., in the sum of $2,002.00, together with interest thereon at the judgment rate until
2  paid.
3        IT IS FURTHER ORDERED, ADJUDGED AND DECREED BY THE COURT that the
4  Plaintiff have and recover judgment against the Defendant, NATIONAL ACTION FINANCIAL
5  SERVICES, INC., in an amount to be determined by the Court at a later date, for the reasonable
6  costs and reasonable attorney fees incurred in representing the Plaintiff in this matter.
7        IT IS FURTHER ORDERED, ADJUDGED AND DECREED BY THE COURT that the
8  Plaintiff shall submit a Motion for Attorney Fees and Costs and any desired briefing to the Court
9  within 15 days after the entry of this Judgment.
10       Thereafter, the Defendant may submit its Response, if any, to the Plaintiff's Motion for
11 Attorney Fees and Costs within 15 days after filing of the Plaintiff's submission.
12       Thereafter, the Plaintiff may submit his Reply, if any, to the Defendant's Response within
13 10 days after the filing of the Defendant's Response.
14       Thereafter, the Court will then determine, based on the briefs and related materials submitted
15 by the parties, if a Hearing on the Motion will be necessary.
16       IT IS SO ORDERED.
17 Dated this   12   day of October, 2006.
18                                                     The Honorable James Ware
                                                    Judge of the District Court
19
20 Prepared and Approved by:
CONSUMER LAW CENTER, INC.
21
22 By: /s/ Fred W. Schwinn
Fred W. Schwinn, (SBN 225575)
23 12 South First Street, Suite 416
San Jose, CA  95113-2404
24 (408) 294-6100
fred.schwinn@sjconsumerlaw.com
25 Attorney for Plaintiff
26
27
28