1  TOMIO B. NARITA (SBN 156576)
   JEFFREY A. TOPOR (SBN 195545)
2  WINEBERG, SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3880
3  San Francisco, CA 94104-4811
   Telephone: (415) 352-2200
4  Facsimile:  (415) 352-2222
   tnarita@wsnlaw.com
5  jtopor@wsnlaw.com

6  Attorneys for Defendant
   National Action Financial Services, Inc.
7

8                UNITED STATES DISTRICT COURT
9                NORTHERN DISTRICT OF CALIFORNIA
10
11
12 DON ROLLAND DONFRAY,           ) CASE NO.: C 06-05166-JW
                                  )
13        Plaintiff,              )
                                  ) STIPULATION AND [PROPOSED]
14      vs.                       ) ORDER TO EXTEND TIME TO
                                  ) NOVEMBER 27, 2006 TO FILE
15 NATIONAL ACTION FINANCIAL      ) MOTION FOR ATTORNEYS' FEES
   SERVICES, INC., a Georgia      ) AND COSTS
16 Corporation,                   )
                                  )
17        Defendant.              ) The Honorable James Ware
                                  )
18 _____)

19
20
21
22
23
24
25
26
27
28 _____
   DONFRAY V. NATIONAL ACTION FINANCIAL SERVICES (CASE NO. C 06-05166 RS)
   STIPULATION AND ORDER TO EXTEND TIME TO FILE MOTION FOR FEES AND COSTS

1  Plaintiff DON ROLLAND DONFRAY and defendant NATION ACTION
2  FINANCIAL SERVICES, INC., by and through their counsel, hereby stipulate
3  and agree that:
4      WHEREAS, by Order dated October 12, 2006, the Court set Plaintiff's
5  deadline to file a Motion for Attorneys' Fees and Costs as October 27, 2006; and,
6      WHEREAS the parties have reached an agreement resolving the amount of
7  attorneys' fees and costs payable to plaintiff, and require additional time to
8  execute the terms of that agreement;
9      THEREFORE Plaintiff shall have an additional thirty days, until November
10 27, 2006, to file a Motion for Attorneys' Fees and Costs. In the event that Plaintiff
11 files a Motion for Attorneys' Fees and Costs, Defendant may submit a Response,
12 if any, within 15 days after filing of the Plaintiff's submission. Thereafter, the
13 plaintiff may submit his Reply, if any, within 10 days after the filing of
14 Defendant's response. Thereafter, the Court will then determine, based on the
15 briefs and related material submitted by the parties, if a hearing on the Motion will
16 be necessary.
17
18 IT IS SO STIPULATED.
19
20 DATED: October 2¥, 2006    CONSUMER LAW CENTER
                                          FRED W. SCHWINN
21
22
23                                    By: _____
24                                       Fred W. Schwinn
                                      Attorneys for Plaintiff
25
26
27
28

DATED: October 24, 2006        WINEBERG, SIMMONDS & NARITA, LLP
                                TOMIO B. NARITA
                                JEFFREY A. TOPOR

                                By: _____/s/_____
                                Tomio B. Narita
                                Attorneys for Defendant
                                National Action Financial Services, Inc.

## [~~PROPOSED~~] ORDER

The parties having stipulated to a thirty day extension of time and good cause appearing, IT IS HEREBY ORDERED that Plaintiff shall file his Motion for Attorneys' Fees and Costs by November 27, 2006. In the event that Plaintiff files a Motion for Attorneys' Fees and Costs, Defendant may submit a Response, if any, within 15 days after filing of the Plaintiff's submission. Thereafter, the plaintiff may submit his Reply, if any, within 10 days after the filing of Defendant's response. Thereafter, the Court will then determine, based on the briefs and related material submitted by the parties, if a hearing on the Motion will be necessary.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: 10/25/2006        By: _____/s/ James Ware_____
                             Honorable James Ware
                             Judge of the District Court

---

DONFRAY V. NATIONAL ACTION FINANCIAL SERVICES (CASE NO. C 06-05166 RS)
STIPULATION AND ORDER TO EXTEND TIME TO FILE MOTION FOR FEES AND COSTS        3.