1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 416
   San Jose, California  95113-2404
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   DON ROLLAND DONFRAY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| DON ROLLAND DONFRAY,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL ACTION FINANCIAL SERVICES, INC., a Georgia corporation,<br><br>Defendants. | Case No.  C06-05166-JW-RS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**<br><br>Fed. R. Civ. P. 41(a)(1) |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, DON ROLLAND DONFRAY, and Defendant, NATIONAL ACTION FINANCIAL SERVICES, INC., stipulate, and the Court hereby orders, as follows:

1. The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, DON ROLLAND DONFRAY, against Defendant, NATIONAL ACTION FINANCIAL SERVICES, INC., in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

2. The Entry of Judgment (Doc. 11) entered herein on October 13, 2006, has been satisfied in full.

/ / /

/ / /

/ / /

-2-

1   Dated: November 8, 2006              /s/ Fred W. Schwinn
2                                        Fred W. Schwinn, Esq.
                                         Attorney for Plaintiff
                                         DON ROLLAND DONFRAY
3

4   Dated: November 8, 2006              /s/ Tomio B. Narita
                                         Tomio B. Narita
5                                        Attorney for Defendant
                                         NATIONAL ACTION FINANCIAL
6                                        SERVICES, INC.

7

8   THE FOREGOING STIPULATION
    IS APPROVED AND IS SO ORDERED.
9

10  Dated: 11/13/2006
                                         The Honorable James Ware
11                                       Judge of the District Court

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION OF DISMISSAL WITH PREJUDICE                    Case No. C06-05166-JW-RS